

# IN THE
# TENTH COURT OF APPEALS

No. 10-23-00351-CR
No. 10-23-00367-CR

AMAAR ABDULRAHAM TAYEH,

**Appellant**

v.

THE STATE OF TEXAS,

**Appellee**

**From the County Court at Law No. 2**
**McLennan County, Texas**
**Trial Court Nos. 20220292CR2 and 20221062CR2**

## MEMORANDUM OPINION

Appellant's briefs in these appeals were due February 23, 2024. No briefs have been filed. We abated and remanded these appeals to the trial court on April 2, 2024 to determine whether, among other items, appellant was receiving effective assistance of counsel. In response to the abatement order, appellant has signed, and this Court's Clerk has filed, motions to dismiss both of these appeals.

In light of the motions to dismiss, we withdraw the Abatement Order issued on

April 2, 2024, and reinstate these appeals.

After consideration by the Court, appellant's "Motion to Dismiss Appeal" filed on April 9, 2024 in both appellate case numbers is granted, and these appeals are dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Motions granted
Appeals dismissed
Opinion delivered and filed April 18, 2024
Do not publish
[CR25]

